# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:09-cv-001323-PMP-GWF

ORDER

    In this *pro se* habeas matter under 28 U.S.C. § 2254, Petitioner has filed a notice (#37) reflecting that he received a copy of a *Klingele* notice but did not receive a service copy of the motion to dismiss and a transcript directed by a prior order. Review of the certificate of service on the motion to dismiss reflects service on an attorney who is not counsel in these proceedings. Accordingly,

    IT IS ORDERED that, within five (5) judicial days from entry of this order, Respondents' counsel shall file and serve an updated certificate of service reflecting proper service of the motion to dismiss and Exhibit 102 upon Petitioner. Petitioner shall have thirty (30) days from such service to file a response to the motion to dismiss.

    DATED: May 3, 2011.

_____
PHILIP M. PRO
United States District Judge