# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH ANTONETTI,

    *Petitioner*,

vs.

JAMES BENEDETTI, *et al.*,

    *Respondents*.

2:09-cv-01323-PMP-GWF

ORDER

    Respondents' motion (#42) for enlargement of time is GRANTED *nunc pro tunc*, and the time for Respondents to file an Answer is extended up to and including February 13, 2012.

    DATED:  February 13, 2012.

_____
PHILIP M. PRO
United States District Judge