# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>*Petitioner*,<br><br>vs.<br><br>JAMES BENEDETTI, *et al.*,<br><br>*Respondents*. | 2:09-cv-01323-PMP-GWF<br><br>ORDER |

Respondents' motion (#42) for enlargement of time is GRANTED *nunc pro tunc*, and the time for Respondents to file an Answer is extended up to and including February 13, 2012.

DATED:  February 13, 2012.

_____
PHILIP M. PRO
United States District Judge